UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:21-cv-04420-JWH-AFM                    Date:  August 12, 2021

Title    Area Ariel Rosales v. Andrew Saul

Present: The Honorable:    ALEXANDER F. MacKINNON, U.S. Magistrate Judge

|                Ilene Bernal               |                N/A                |
| :---------------------------------------: | :-------------------------------: |
|               Deputy Clerk                |      Court Reporter / Recorder      |

Attorneys Present for Plaintiff:          Attorneys Present for Defendant:
N/A                                       N/A

**Proceedings (In Chambers):  Order to Show Cause**

　　　Pursuant to the Court's Order of June 1, 2021 (ECF No. 9), plaintiff was ordered to file a Proof of Service showing compliance with Paragraph 1 of the Court's Order within thirty (30) days of the date of the Order, i.e., by July 1, 2021.  To date, the Proof of Service has not been filed with the Court.  Accordingly, no later than August 26, 2021, plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute and following Court orders.  Filing of the Proof of Service on or before August 26, 2021, shall be deemed compliance with this Order to Show Cause.

　　　IT IS SO ORDERED.

|                         | :   |
| :---------------------- | :-- |
| **Initials of Preparer** | ib  |