# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREA A. R.,[1]<br><br>             Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>             Defendant. | Case No. 2:21-cv-04420-JWH-AFM<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

---

[1]     Plaintiff's name has been partially redacted in accordance with Rule 5.2(c)(2)(B) of the Federal Rules of Civil Procedure and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred. The time for filing Objections to the Report and Recommendation has passed, and Objections have not been received. The Court **ACCEPTS** the findings and recommendations of the Magistrate Judge.

It is hereby **ORDERED** that Judgment shall be entered affirming the decision of the Commissioner and **DISMISSING** this action **with prejudice**.

**IT IS SO ORDERED.**

DATED: January 5, 2023

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

2