JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREA A. R.,[1] <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 2:21-cv-04420-JWH-AFM <br><br> **JUDGMENT** |

---

[1] Plaintiff's name has been partially redacted in accordance with Rule 5.2(c)(2)(B) of the Federal Rules of Civil Procedure and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred.  Having accepted the Report,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Commissioner's decision is **AFFIRMED**.

**IT IS SO ORDERED.**

DATED:  January 5, 2023

_____
JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE